IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEE SHORTS<br>Plaintiff | )<br>)<br>) | |
| v. | )<br>) | No: 1-05-1033 T/An |
| BENDELL BARTHOLOMEW Individually and<br>in his official capacity, CARROLL COUNTY<br>SHERRIFF and COUNTY OF CARROLL<br>Defendant(s) | )<br>)<br>)<br>)<br>) | |

## ORDER GRANTING THE EXTENSION OF TIME TO FILE
## A RESPONSIVE PLEADING TO DEFENDANTS

Upon motion of the Defendants, Bendell Bartholomew, Carroll County Sheriff, in his official capacity only, and Carroll County, Tennessee, to extend time to file a responsive pleading, statements of counsel for these Defendants, and the entire record, it is,

HEREBY ORDERED, ADJUDGED AND DECREED that the Defendants are granted an extension of time to serve responsive pleadings with said responsive pleadings to be served on or before May 6, 2005.

DATED: This the 22nd day of April, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE S. THOMAS ANDERSON

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 4/26/05

PENTECOST, GLENN & RUDD, PLLC

By: *[signature]*

James I. Pentecost  #11640
Brandon O. Gibson  #21485
Attorneys for Defendants
106 Stonebridge Blvd
Jackson, Tennessee  38305
(731) 668-5995

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or paper personally or by mail upon each attorney or firm of attorneys appearing of record for each adverse party on or before the filing date thereof.

DATE: This the 14th day of April, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: *[signature]*

Brandon O. Gibson

SERVED UPON:

Benjamin S. Dempsey
12690 Lexington Street
PO Box 711
Huntingdon, TN 38344

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01033 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Benjamin S. Dempsey
LAW OFFICES OF BENJAMIN S. DEMPSEY
P.O. Box 711
12690 Lexington Street
Huntingdon, TN 38344

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT