001-089-00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 JUN 13 AM 8:16

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W.D. OF TN JACKSON

MICHAEL LEE SHORTS )
    Plaintiff )
 )
v. )   No: 1-05-1033 T/An
 )
BENDELL BARTHOLOMEW Individually and )
in his official capacity, CARROLL COUNTY )
SHERRIFF and COUNTY OF CARROLL )
    Defendant(s) )

## RULE 16(b) SCHEDULING ORDER

Pursuant to the Scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**

June 21, 2005

**JOINING PARTIES:**

    For Plaintiff:    July 21, 2005
    For Defendant:    August 21, 2005

**AMENDING PLEADINGS**

    For Plaintiff:    July 21, 2005
    For Defendant:    August 21, 2005

**COMPLETING ALL DISCOVERY:**    January 21, 2006

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**    January 21, 2006

    (b)    **EXPERT DISCLOSURE (RULE 26(a)(2)):**
        (i)    Plaintiff's Experts: November 21, 2005
        (ii)    Defendant's Experts: December 21, 2005
        (iii)    Supplementation under Rule 26(e)(2):    December 31, 2005

    (c)    **DEPOSITIONS OF EXPERTS:**    January 21, 2006

**FILING DISPOSITIVE MOTIONS:**    January 30, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 6/13/05

9

**FINAL LIST OF WTINESSES AND EXHIBITS (Rule 26(a)(3)):**

(a) for Plaintiff: ~~February 15, 2006~~ *MARCH 15, 2006  STA*
(b) for Defendant: April 1, 2006

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26 (a)(3).

The trial of this matter is expected to last 2 to 3 days and is **SET** for **JURY TRIAL** on Monday, May 1, 2006 at 9:30 A.M. A joint pre-trial order is due on Friday April 21, 2006. In the event the parties are unable to agree on a joint pre-trial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS**:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: *June 10, 2005*

APPROVED FOR ENTRY

PENTECOST, GLENN & RUDD, PLLC

By: *Brandon C. Abron*
James I. Pentecost #11640
Brandon O. Gibson #21485
Attorneys for Defendants
106 Stonebridge Blvd
Jackson, Tennessee 38305
(731) 668-5995

By: *Benjamin Dempsey w/perm. Brandon O.A.*
Benjamin S. Dempsey
12690 Lexington Street
PO Box 711
Huntingdon, TN 38344

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or paper personally or by mail upon each attorney or firm of attorneys appearing of record for each adverse party on or before the filing date thereof.

DATE: This the 7th day of June, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: *Brandon O. Gibson*
Brandon O. Gibson

SERVED UPON:

Benjamin S. Dempsey
12690 Lexington Street
PO Box 711
Huntingdon, TN 38344

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01033 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Benjamin S. Dempsey
LAW OFFICES OF BENJAMIN S. DEMPSEY
P.O. Box 711
12690 Lexington Street
Huntingdon, TN 38344

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT