IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEE SHORTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 1:05-1033-T |
| | ) | |
| BENDELL BARTHOLOMEW, | ) | |
| Individually and in his Official Capacity | ) | |
| as the Sheriff of Carroll County, | ) | |
| Tennessee, *et. al.*, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER DENYING MOTION TO INTERVENE

The proposed intervenor, a state court judgment creditor of Plaintiff Michael Lee Shorts, moves to intervene in Shorts's pending § 1983 litigation for the purpose of docketing the state court judgment and then satisfying that judgment by seizing at least part of the proceeds of any money judgment recovered by Shorts in the § 1983 action. Plaintiff's effort to perfect and satisfy a judgment lien is not a proper basis for intervention in this case. The motion of the proposed intervenor is **DENIED** because the motion does not satisfy the substantive requirements of either mandatory or permissive intervention under Rule 24 of the Federal Rules of Civil Procedure ("Intervention"), which governs the issue.

**IT IS SO ORDERED**.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE